KATHERINA JUNG, Respondent-Appellant, v. JACOB JUNG et al., Individually and as Administrators with the Will Annexed and Substituted Trustees of the Estate of JACOB JUNG, SR., et al., Appellants-Respondents, et al., Defendants.— These are consolidated appeals in an action to recover a money judgment for sums due under compromise agreements executed by all the beneficiaries of an estate and for appointment of a receiver of rents. On appeal by certain defendants from an order denying their motion to dismiss the complaint for insufficiency, order affirmed, without costs. No opinion. On appeal by plaintiff from an order denying her motion for appointment of a receiver of real property and of the rents and profits of said real property, order affirmed, without costs. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

JOSEPH MORDOH, an Infant, by HAIM MORDOH, His Guardian ad Litem, et al., Appellants, v. CITY OF NEW YORK, Respondent.— In an action by the infant plaintiff to recover damages for personal injuries, and by his father for expenses and loss of services, the complaint was dismissed by the court when the plaintiffs conditionally rested. Judgment reversed on the law and in the interest of justice, and a new trial granted, with costs to abide the event. The trial court erred in restricting the examination of the witness, Duffy, as shown at folios 123–127. When plaintiffs conditionally rested, it was with the reasonable assumption that they would have an opportunity to recall Duffy and to call the police officer before the case was concluded. The dismissal of the complaint upon motion of defendant immediately after the plaintiffs so conditionally rested, and without affording plaintiffs an opportunity to produce such witnesses, who were employees of the defendant, deprived the plaintiffs of the benefit of their testimony. Lewis, P. J., Hagarty, Adel, Aldrich and Nolan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE BARONE, Appellant.— Defendant appeals from a judgment of the County Court of Kings County, convicting him of the crime of attempted robbery in the first degree, and imposing sentence of from five to fifteen years in State prison. Judgment unanimously affirmed. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.